## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  NJ Affordable Homes Corp.
Debtor

                                            Case No.: 05−60442−DHS
                                            Chapter 7

Charles M. Forman
Plaintiff

v.

Countrywide Home Loans, Inc.
Defendant

Adv. Proc. No. 06−02246−DHS                     Judge: Donald H. Steckroth

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 15, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 44 − 36
Opinion (related document:[36] Motion re: Motion of Dorothy E. Coleman For an Order Granting Relief From Consent Order And Judgement Fixing Lien Of Lender filed by Cross−Claimant Dorothy Coleman, Defendant Dorothy Coleman).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 1/15/2008 (zlh, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 15, 2008
JJW: zlh

                                                                           James J. Waldron
                                                                           Clerk